| | |
|---|---|
| 1 | KELLEY S. OLAH (SBN 245180) |
| | *kelley.olah@btlaw.com* |
| 2 | GABRIELLE ANDERSON-THOMPSON (SBN 247039) |
| | *gathompson@btlaw.com* |
| 3 | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| 4 | Los Angeles, California 90067 |
| | Telephone: (310) 284-3880 |
| 5 | Facsimile: (310) 284-3894 |
| 6 | BRIAN MELENDEZ (*admitted pro hac vice*) |
| | *brian.melendez@btlaw.com* |
| 7 | **BARNES & THORNBURG LLP** |
| | Suite 2800 |
| 8 | 225 South Sixth Street |
| | Minneapolis, MN 55402-4662 |
| 9 | Telephone: (612) 367-8734 |
| | Facsimile: (612) 333-6798 |

Attorneys for
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL NAPOLES, | Case No. CV17-05413-DMG (RAOx) |
| Plaintiff, | **ORDER RE STIPULATION FOR PROTECTIVE ORDER** |
| vs. | |
| TARGET CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

CV17-05413-DMG (RAOx)

[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | Upon consideration of the Stipulation for Protective Order, it is hereby
2 | ORDERED that the Stipulation for Protective Order is ENTERED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2017

_____
Rozella A. Oliver
United States Magistrate Judge

- 2 -  CV17-05413-DMG (RAOx)
[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES