| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES—GENERAL | JS-6 |

| | | | | |
|---|---|---|---|---|
| Case No. | **CV 17-5413-DMG (RAOx)** | | Date | February 6, 2018 |
| Title | *Miguel Napoles v. Target Corporation, et al.* | | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|:---:|:---:|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, filed February 6, 2018, indicating that the case has settled in its entirety, this action is placed in inactive status.

By April 9, 2018 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of April 10, 2018.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.